IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF 2010 GRAY NISSAN SENTRA, BEARING TENNESSEE LICENSE PLATE 2U00Z3 AND VIN# 3N1AB6AP7AL701333. | Case No. 20-MJ-4127<br><br>Magistrate Judge Newbern |

**UNITED STATES' MOTION TO UNSEAL**

The United States, through United States Attorney Donald Q. Cochran and Assistant United States Attorney Brooke K. Schiferle, hereby moves the Court for an Order unsealing the tracking warrant filed under Case Number 20-MJ-4127. The subjects identified in the tracking warrant have all been arrested, so there is no longer a need to keep this document under seal.

Dated: February 19, 2021

Respectfully submitted,
DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

*/s/ Brooke K. Schiferle*
Brooke K. Schiferle
Assistant United States Attorney

1